UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SEAN CARROLL**

**Plaintiff**

-v-

**ABRAHAM MATHEWS**

**Defendant**

Case No. 07 CIV 9589

Rule 7.1 Statement

COPY

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Defendant__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: October 26, 2007

Signature of Attorney
RICHARD T. SULES
Attorney Bar Code: RTS-1665

Form Rule7_1.pdf