STOCKSCHLAEDER, MCDONALD & SULES, P.C., ESQS.
161 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038
(212) 608-1911
Attorneys for Defendant(s)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
SEAN CARROLL,                                    Case No.:
                                                 07-CIV-9589
                    Plaintiff(s),

    -against-                                    NOTICE TO ADVERSE
                                                 PARTY OF REMOVAL
                                                 TO FEDERAL COURT

ABRAHAM MATHEWS,

                    Defendant(s).
----------------------------------X

TO PLAINTIFF, SEAN CARROLL AND (HIS/HER/ITS) ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for Southern District of NEW YORK on <u>October 26, 2007</u>.

A copy of the said Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated:    New York, New York
          November 1, 2007

                                    Stockschlaeder, McDonald
                                    & Sules, P.C.

                            By:     _____
                                    Richard T. Sules (RTS 1665)
                                    Attorney for Defendants
                                    161 William Street, 19th Floor
                                    New York, New York 10038
                                    (212) 608-1911

2213ava

## CIVIL COVER SHEET

JS 44C/SDNY
REV. 1/97
WEB 12/02

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

07 CIV 9589

| PLAINTIFFS | DEFENDANTS |
|---|---|
| SEAN CARROLL | ABRAHAM MATHEWS |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| THOMAS J. LAVIN, ESQ.<br>2980 Bruckner Blvd., Bronx, NY 10465 | Stockschlaeder, McDonald & Sules, P.C.<br>161 William St., New York, NY 10038 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by defendant(s) pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

Has this or a similar case been previously filed in SDNY at any time? No [X]  Yes? [ ]   Judge Previously Assigned _____

If yes, was this case Vol. [ ]  Invol. [ ]   Dismissed. No [ ] Yes [ ]   If yes, give date _____   Case No. _____

RECEIVED OCT 26 2007 U.S.D.C. S.D.N.Y. CASHIERS

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY

**TORTS**

*PERSONAL INJURY*
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [x] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

*PERSONAL INJURY*
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

*PERSONAL PROPERTY*
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**ACTIONS UNDER STATUTES**

*OTHER STATUTES*
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 246 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**ACTIONS UNDER STATUTES**

*CIVIL RIGHTS*
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 440 OTHER CIVIL RIGHTS

*PRISONER PETITIONS*
- [ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $ _____  OTHER _____   JUDGE _____   DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [X] YES  [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY)                                    ORIGIN

☐ 1 Original  ☒ 2 Removed from  ☐ 3 Remanded from  ☐ 4 Reinstated or  ☐ 5 Transferred from  ☐ 6 Multidistrict  ☐ 7 Appeal to District
   Proceeding      State Court         Appellate Court      Reopened         (Specify District)      Litigation          Judge from
                                                                                                                         Magistrate Judge
                                                                                                                         Judgment

*None of the parties are pro se 10/26/07*

(PLACE AN x IN ONE BOX ONLY)                BASIS OF JURISDICTION                    IF DIVERSITY, INDICATE
☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION  ☒ 4 DIVERSITY          CITIZENSHIP BELOW.
                                         (U.S. NOT A PARTY)                          (28 USC 1322, 1441)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☒ 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | ☒ 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))

2758 Matthews Avenue
Bronx, New York 10467
Bronx County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))

41 Grant Avenue
Stamford, CT 06902
Fairfield County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:     ☐ WHITE PLAINS     ☒ FOLEY SQUARE
             (DO NOT check either box if this a PRISONER PETITION.)

DATE 10/26/07   SIGNATURE OF ATTORNEY OF RECORD              ADMITTED TO PRACTICE IN THIS DISTRICT
                                                             [ ] NO
                                                             [x] YES (DATE ADMITTED Mo. 12    Yr. 1987 )
RECEIPT #                                                    Attorney Bar Code # RTS-1665

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J. Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

STOCKSCHLAEDER, MCDONALD & SULES, P.C., ESQS.
161 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038
(212) 608-1911
Attorneys for Defendant(s)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

SEAN CARROLL,

                     Plaintiff(s),

-against-

ABRAHAM MATHEWS,

                     Defendant(s).

-------------------------------------X

COPY

CASE NO.:
07 CIV 9589

NOTICE OF REMOVAL
OF ACTION UNDER 28

(DIVERSITY)

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that defendant, ABRAHAM MATHEWS, hereby removes to this Court the state court action described below.

1.    On or about September 19, 2007 an action was commenced in the Supreme Court of the State of New York in and for the County of Bronx entitled SEAN CARROLL, Plaintiffs, ABRAHAM MATHEWS Defendant, as Case Number 301048/07.

2.    The first date upon which defendants SEAN CARROLL, received a copy of the said complaint was on September 26, 2007 when defendant(s) received a copy of the said complaint and a summons from the said state court in the mail. A copy of the summons and complaint are attached hereto as Exhibit "A".

2213ava

3.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by defendant(s) pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because plaintiff is a citizen of New York and defendant is a citizen of Connecticut.

4.  Defendant(s) is(are) informed and believes that plaintiffs was, and still is, a citizen of the State of New York. Defendant(s), SEAN CARROLL was(were), at the time of the filing of this action, and still is, a citizen of Connecticut and is the only defendant that has been served summons and complaint in this action.

Dated:   October 26, 2007
         New York, New York

                                    Stockschlaeder, McDonald
                                    & Sules, P.C.
                              By:   _____
                                    Richard T. Sules (RTS 1665)
                                    Attorney for Defendants
                                    161 William Street, 19th Floor
                                    New York, New York 10038
                                    (212) 608-1911

2213ava

STOCKSCHLAEDER, MCDONALD & SULES, P.C., ESQS.
161 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038
(212) 608-1911
Attorneys for Defendant(s)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
SEAN CARROLL,

        Plaintiff(s),

 -against-

ABRAHAM MATHEWS,

        Defendant(s).
---------------------------------X

CASE NO: 07CIV9589

Demand for Jury Trial

 Defendant ABRAHAM MATHEWS, hereby demands trial by jury in this action.

Dated: October 26, 2007
    New York, New York

            Stockschlaeder, McDonald
            & Sules, P.C.

    By: _____
      Richard T. Sules (RTS 1665)
      Attorney for Defendants
      161 William Street, 19th Floor
      New York, New York 10038
      (212) 608-1911

2213ava

# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------X
SEAN CARROLL,

        Plaintiff,

  -against-

ABRAHAM MATHEWS,

        Defendant.
------------------------------------------------------------X

Index No.: 301048-07
Date Purchased: 9/19/2007

## SUMMONS

Plaintiff designates Bronx County as the place of trial.

The basis of venue is:
Plaintiff's Residence

Plaintiff resides at:
2758 Matthews Avenue
Bronx, New York 10467

County of Bronx

**To the above named Defendant:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney(s) within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    BRONX, NY
            September 17, 2007

THOMAS J. LAVIN, ESQ.
THE LAW OFFICE OF THOMAS J. LAVIN
Attorneys for Plaintiff
SEAN CARROLL
2980 Bruckner Boulevard
Bronx, NY 10465
(718) 829-7400

TO:    ABRAHAM MATHEWS
        41 Grant Avenue
        Stamford, CT 06902

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------X
SEAN CARROLL,

        Plaintiff,

    -against-

ABRAHAM MATHEWS,

        Defendant.
-----------------------------------------------------------------X

Index No.: 301648/07
Date Purchased: 9/19/07

**VERIFIED COMPLAINT**

Plaintiff, by his attorneys, **THE LAW OFFICE OF THOMAS J. GAVIN**, complaining of the Defendant, respectfully alleges, upon information and belief:

1. At all times herein mentioned, Plaintiff SEAN CARROLL was, and still is, a resident of the County of Bronx, State of New York.

2. At all times herein mentioned, Defendant **ABRAHAM MATHEWS** was, and still is, a resident of the County of Fairfield, State of Connecticut.

3. At all times herein mentioned, Defendant **ABRAHAM MATHEWS** was the owner of a 2006 Jeep motor vehicle bearing State of Connecticut registration number 242UPU.

4. At all times herein mentioned, Defendant **ABRAHAM MATHEWS** operated the aforementioned motor vehicle.

5. At all times herein mentioned, Defendant **ABRAHAM MATHEWS** managed the aforementioned motor vehicle.

6. At all times herein mentioned, Defendant **ABRAHAM MATHEWS** maintained the aforementioned motor vehicle.

DK1  7. At all times herein mentioned, Defendant **ABRAHAM MATHEWS** controlled the aforementioned motor vehicle.

DK1  8. At all times herein mentioned, Plaintiff **SEAN CARROLL** was the operator of a 2007 Isuzu motor vehicle bearing New York State registration number 87475JV, owned by Ryder Truck Rental, Inc.

DK1  9. At all times herein mentioned, Southbound New England Thruway, approximately ½ mile south of Exit 13, County of Bronx, State of New York, were public roadways and/or thoroughfares.

DK1  10. That on June 18, 2007, Defendant **ABRAHAM MATHEWS** was operating his motor vehicle at the aforementioned location.

DK1  11. That on June 18, 2007, Plaintiff **SEAN CARROLL** was operating the motor vehicle owned by Ryder Truck Rental, Inc. at the aforementioned location.

DK1  12. That on June 18, 2007, the motor vehicle owned and operated by Defendant **ABRAHAM MATHEWS** came into contact with the motor vehicle operated by Plaintiff **SEAN CARROLL** at the aforementioned location.

D  13. That as a result of the aforesaid contact, Plaintiff **SEAN CARROLL** was injured.

D  14. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the Defendant without any fault or negligence on the part of the Plaintiff contributing thereto.

D  15. That Defendant was negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicle and the



Defendant was otherwise negligent, careless and reckless under the circumstances then and there prevailing.

16. That by reason of the foregoing, Plaintiff SEAN CARROLL sustained severe and permanent personal injuries and was otherwise damaged.

17. That Plaintiff SEAN CARROLL sustained serious injuries as defined by §5102(d) of the Insurance Law of the State of New York.

18. That Plaintiff SEAN CARROLL sustained serious injuries and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.



19. That Plaintiff SEAN CARROLL is not seeking to recover any damages for which Plaintiff has been reimbursed by no-fault and/or worker's compensation insurance and/or for which no-fault and/or worker's compensation insurance is obligated to reimburse Plaintiff. Plaintiff is seeking to recover only those damages not recoverable through no-fault and/or worker's compensation insurance under the facts and circumstances in this action.



20. That this action falls within one or more of the exceptions set forth in CPLR §1602.



21. That by reason of the foregoing, Plaintiff SEAN CARROLL has been damaged in a sum of money having a present value that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction of this matter.

WHEREFORE, Plaintiff SEAN CARROLL demands judgment against the Defendant in a sum of money having a present value that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction of this matter and Plaintiff requests full and fair

monetary compensation for pain and suffering to be determined by a jury at the time of Trial, together with the costs and disbursements of this action.

Dated:     Bronx, NY
            September 17, 2007

Yours, etc.,

THOMAS J. LAVIN, ESQ.
THE LAW OFFICE OF THOMAS J. LAVIN
Attorneys for Plaintiff
SEAN CARROLL
2980 Bruckner Boulevard
Bronx, NY 10465
(718) 829-7400

*[handwritten notation: Auth Aff Def / Demands al / Joelen R7S]*

4

INDIVIDUAL VERIFICATION

STATE OF NEW YORK )
COUNTY OF BRONX ) ss:

That deponent has read the foregoing SUMMONS AND VERIFIED COMPLAINT and knows the contents thereof; that the same are true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters deponent believes them to be true.

Deponent further says that the source of deponent's information and the grounds of deponent's belief as to all matters not stated upon deponent's knowledge are from investiations made on behalf of said Plaintiff.

x A. Carroll

Sworn to before me on
September 18, 2007

NOTARY PUBLIC
THOMAS J. LAVIN
Notary Public, State of New York
No. 03-5002952
Qualified in Bronx County
Commission Expires October 13, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

SEAN CARROLL,

                     Plaintiff(s),

   -against-

ABRAHAM MATHEWS,

                     Defendant(s).
------------------------------------------------X

CASE NO. 07 CIV 9589

==================================================

NOTICE OF REMOVAL OF ACTION
UNDER 28, U.S.C. §1441(B) (DIVERSITY)
and Jury Demand

==================================================

       STOCKSCHLAEDER McDONALD & SULES, P.C.
       Attorney(s) for Defendant(s)
       Office and Post Office Address
       161 WILLIAM STREET, 19TH FLOOR
       NEW YORK, NEW YORK 10038
       Tel. No. (212) 608-1911
       File No. 2513

**PLEASE TAKE NOTICE** that pursuant to CPLR 2103(5) this office does <u>not</u> accept service of papers by electronic means

2213ava

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN CARROLL
**Plaintiff**

-v-

ABRAHAM MATHEWS
**Defendant**

Case No. 07 CIV 9589

**Rule 7.1 Statement**

COPY

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Defendant_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: October 26, 2007

Signature of Attorney
RICHARD T. SULES
Attorney Bar Code: RTS-1665

Form Rule7_1.pdf

STOCKSCHLAEDER, MCDONALD & SULES, P.C., ESQS.
161 WILLIAM STREET, 19th Floor
NEW YORK, NEW YORK 10038
(212) 608-1911
Attorneys for Defendant(s)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
SEAN CARROLL,                          Case No.:
                                       07-CIV-9589
                Plaintiff(s),

                                       CERTIFICATE OF SERVICE OF
                                       NOTICE TO ADVERSE PARTY
                                       OF REMOVAL TO FEDERAL
                                       COURT
ABRAHAM MATHEWS,

                Defendant(s).
------------------------------------X

JOYCE LEE-HAWKINS, certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My address is in Brooklyn, New York, which is located in the city, county and state where the mailing described below took place.

On November 1, 2007 I deposited in the United States Mail at New York, New York, a copy of the Notice to Adverse Party of Removal to Federal Court dated November 1, 2007, a copy of which

2213ava

is attached to this Certificate, addressed to:

The Law Office of Thomas J. Lavin, Attorney for Plaintiff, 2980 Bruckner Boulevard, Bronx, New York 10465.

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed on <u>November 1, 2007</u>.

_____<br>JOYCE LEE-HAWKINS

2213ava

```
STOCKSCHLAEDER, MCDONALD & SULES, P.C., ESQS.
161 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038
(212) 608-1911
Attorneys for Defendant(s)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――X

SEAN CARROLL,                                    Case No.:
                                                 07-CIV-9589
                        Plaintiff(s),

    -against-

ABRAHAM MATHEWS,

                        Defendant(s).
―――――――――――――――――――――――――――X

NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION
TO FEDERAL COURT UNDER 28, U.S.C. §1441(B) (DIVERSITY)

==================================================

STOCKSCHLAEDER McDONALD & SULES, P.C.
Attorney(s) for Defendant
Office and Post Office Address
161 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038
Tel. No. (212) 608-1911
File No. 2513

**PLEASE TAKE NOTICE that pursuant to CPLR 2103(5) this office does <u>not</u> accept service of papers by electronic means**

2213ava