```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| SEAN CARROLL, | : | 07 Civ. 9589 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| ABRAHAM MATHEWS, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    The next pretrial conference will be held on March 28, 2008, at 10:00 a.m.; and

      2.    The last day for completion of discovery, except for plaintiff's and defendant's depositions and the subsequent independent medical examination and expert discovery is March 28, 2008.

Dated: New York, New York
          November 30, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.