USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

SEAN CARROLL,                                   :          07 Civ. 9589 (SHS)

                        Plaintiff,              :

            -against-                           :          ORDER

ABRAHAM MATHEWS,                                :

                        Defendant.              :

---------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      There will be a pretrial conference on June 27, 2008, at 10:30 a.m.;

        2.      The last day for completion of fact discovery, including all depositions and

document requests and independent medical examinations is June 27, 2008; and

        3.      If there are any discovery disputes, the parties shall notify the Court early

enough so that the dispute can be resolved and the discovery taken before the close of discovery.


Dated: New York, New York
       April 8, 2008

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.