USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SEAN CARROLL,                              :       07 Civ. 9589 (SHS)

               Plaintiff,           :

      -against-                              :       ORDER

ABRAHAM MATHEWS,                           :

              Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next pretrial conference is scheduled for

September 12, 2008, at 10:30 a.m.

Dated: New York, New York
       June 27, 2008

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.