

**STOCKSCHLAEDER, McDONALD & SULES**

ATTORNEYS AT LAW

RICHARD T. SULES ○

JOHN B. McDONALD, JR., OF COUNSEL ○        ○ ALSO ADMITTED IN NEW JERSEY
GAIL S. KARAN ○
NICOLE R. KILBURG ○
ROGER E. MUMFORD

161 WILLIAM STREET, 19TH FLOOR, NEW YORK, NEW YORK 10038 • WWW.SMSPCNY.COM
TELEPHONE (212) 608-1911 • FACSIMILE (212) 608-2121

June 4, 2008

Law Office of Thomas J. Lavin
2980 Bruckner Boulevard
Bronx, New York 10465

    Re:  Carroll v. Mathews
         Case No. 07 CIV 9589 (SHS)
         Claim No.: 07-3087-731
         Our File No. 2513

Dear Mr. Lavin:

    I am in receipt of your correspondence dated May 29, 2008 wherein you enclosed an authorization for workers' compensation records and a copy of the IME report of Dr. Mushaweh. I am also in receipt of the your Notice for Discovery and Inspection requesting a copy of the incident report written by the defendant Abraham Matthews that was provided to his insurance broker. Please be advised that we decline to provide this discovery to you pursuant to FRCP Rule 26 (b) (3) (A) as the report was prepared in anticipation of litigation and is therefore not discoverable.

                              Very truly yours,
                              Stockschlaeder, McDonald & Sules, P.C.

                  By:  _____
                              Richard T. Sules
                              A Member Of The Firm

RTS:jlh
cc: Kathleen Smith, State Farm Insurance