UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEAN CARROLL,

                       Plaintiff,

      -against-

ABRAHAM MATTHEWS,

                      Defendant.
------------------------------------------------------------x

07-Civ-9589 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court having reviewed in camera the document requested by plaintiff Sean Carroll and withheld by defendant Abraham Matthews on the grounds of the work product privilege entitled "Application for Motor Vehicle No-Fault Benefits"; and the Court having determined that that document was not prepared in anticipation of litigation within the meaning of Rule 26(b)(3)(A) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that defendant shall produce that document to plaintiff on or before July 22, 2008.

Dated: New York, New York
       July 17, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.

1